1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN MARK VAN DEN HEUVEL,              No.  2:22-CV-0231-DMC-P

12                    Petitioner,

13        v.                                 ORDER

14   EL DORADO PRISON HOLDING
     FACILITY SOUTH LAKE TAHOE,
15
                      Respondent.
16

17

18              Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas

19   corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's request, ECF No. 2,

20   which is construed as a motion to "authorize claims."  It is not clear what relief Petitioner seeks.

21   To the extent Petitioner seeks a determination that his claims are sufficient for service on

22   Respondent, Petitioner's motion is premature because Petitioner has not resolved the fee status

23   for this case.  Petitioner's motion for leave to proceed in forma pauperis, ECF No. 7, is addressed

24   separately.

25   / / /

26   / / /

27   / / /

28   / / /

                                          1

Accordingly, IT IS HEREBY ORDERED that Petitioner's request, ECF No. 2., is construed as a motion to authorize service and, so construed, is denied as premature.

Dated:  March 8, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2