IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK VAN DEN HEUVEL,<br><br>Petitioner,<br><br>v.<br><br>EL DORADO PRISON HOLDING FACILITY SOUTH LAKE TAHOE,<br><br>Respondent. | No. 2:22-CV-0231-DAD-DMC-P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a parolee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Respondent's unopposed motion to dismiss the original petition. See ECF No. 40.

Respondent argues that Petitioner's petition fails to comply with Rule 2(e) of the Rules Governing Section 2254 Cases in the United States District Courts because it attempts to challenge two or more separate state court judgments in a single petition. See ECF No. 40, pg. 2. The Court agrees. As reflected in the petition, Petitioner is challenging two separate state court criminal convictions, one in case no. "P17CRF0192," and another in case no. "P1CRM1103." See ECF No. 1. Because a single habeas petition cannot be used to challenge separate state court judgment, the current petition must be dismissed. See Clarke v. Shasta County, 2006 WL 1030181 (E.D. Cal. 2006). Petitioner should be provided the opportunity to amend the current

1

petition to challenge one of the convictions listed in the original petition and to file a separate action challenging the other conviction listed in the original petition.

Based on the foregoing, the undersigned recommends that Respondent's unopposed motion to dismiss, ECF No. 40, be GRANTED and that Petitioner's original petition be DISMISSED with leave to amend and without prejudice to filing a separate action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE