UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK VAN DEN HEUVEL,<br><br>Petitioner,<br><br>v.<br><br>EL DORADO PRISON HOLDING FACILITY SOUTH LAKE TAHOE,<br><br>Respondent. | No. 2:22-cv-00231-DAD-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 40, 51) |

        Petitioner John Mark Van den Heuvel is a parolee[1] proceeding *pro se* and *in forma pauperis* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 22, 2023, respondent filed the pending unopposed motion to dismiss the petition due to petitioner's failure to state a cognizable claim for federal habeas relief. (Doc. No. 40.) Specifically, respondent emphasized that petitioner is improperly "challenging two separate and distinct state court judgments" in this single federal habeas case. (*Id.* at 2.)

        On June 25, 2024, the assigned magistrate judge issued findings and recommendations recommending that respondent's unopposed motion to dismiss the petition (Doc. No. 40) be

---

[1] Respondent noted in its pending motion to dismiss filed on September 22, 2023, that petitioner appeared to no longer be in custody. (Doc. No. 40 at 1, n.1.)

1

granted and that petitioner "be provided the opportunity to amend the current petition to challenge one of the convictions listed in the original petition and to file a separate action challenging the other conviction listed in the original petition." (Doc. No. 51 at 1–2.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.[2] (*Id.* at 2.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 25, 2024 (Doc. No. 51) are adopted in full;

2. Respondent's motion to dismiss the petition (Doc. No. 40) is granted;

3. Petitioner's original habeas petition (Doc. No. 1) is dismissed, with leave to amend, and without prejudice to petitioner filing a separate habeas action to challenge the other conviction improperly challenged in this action;

4. Within thirty (30) days from the date of this order, petitioner shall file a first amended petition that challenges a single conviction only; and

5. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 9, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[2] The service copy of the findings and recommendations that was mailed to petitioner at his address of record on June 25, 2024 was returned to the court marked as "Undeliverable, Return to Sender, Unable to Forward." Thus, petitioner is also required to file a notice of his change of address with the court no later than September 19, 2024.